IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOPKINS,<br><br>    Defendant.<br>_____/ | 1:09-cv-02184-SMS (PC)<br><br>ORDER TO SUBMIT REGULAR CIVIL APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A REGULAR CIVIL IFP APPLICATION |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action on December 16, 2009. Plaintiff did not pay the $350.00 filing fee or file an application to proceed in forma pauperis. 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

(1) The Clerk's Office shall send Plaintiff a **regular civil application to proceed in forma pauperis**, and (2) within **forty-five (45) days** of the date of service of this order, plaintiff shall submit the attached application, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:     December 21, 2009              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE