# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RODRIGUEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>HOPKINS,<br><br>             Defendant.<br>_____/ | CASE NO. 1:09-cv-02184 SMS PC<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 5) |

　　　　Plaintiff Gregory Rodriguez, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 16, 2009.  Plaintiff's application to proceed in forma pauperis, filed December 28, 2009, is HEREBY GRANTED.  28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   January 4, 2010**　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1